**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | | PLAINTIFF |
| | NO. 4:09CR00043 JLH | |
| v. | NO. 4:09CR00219 JLH | |
| | NO. 4:09CR00221 JLH | |
| JOHN KEITH MCCAUGHAN | | DEFENDANT |

**ORDER**

John Keith McCaughan has filed a *pro se* motion to vacate, set aside, or correct his sentence, a *pro se* motion to proceed *in forma pauperis*, a *pro se* motion to appoint counsel, and now a *pro se* motion to stay the proceedings, to obtain copies of his presentence report and sentencing transcript, and a separate motion to amend and for his section 2255 petition to be amended and relate back to the original filing. The motion for leave to proceed *in forma pauperis* is GRANTED. Document #31. After reviewing the government's response to the section 2255 motion, the Court is convinced that McCaughan needs appointed counsel. Therefore, the *pro se* motion to appoint counsel is GRANTED. Document #32. Assistant Federal Public Defender Latrece E. Gray is hereby appointed to represent McCaughan in these proceedings. Because Gray has or can obtain copies of the transcript and the presentence report, the motion to produce them is DENIED. However, the Court will extend the time within which McCaughan must file his reply to the government's response. McCaughan's reply to the government's response will be due on or before February 1, 2016. Accordingly, the motion for stay is GRANTED IN PART and DENIED IN PART. Document #46. McCaughan's motion for leave to amend and for the amendment to relate back is DENIED at this time inasmuch as his lawyer can determine whether such a motion is appropriate and, if so, make the motion on McCaughan's behalf.

IT IS SO ORDERED this 3rd day of December, 2015.

                                                                   *J. Leon Holmes*
                                                                   _____
                                                                   J. LEON HOLMES
                                                                   UNITED STATES DISTRICT JUDGE